MARCUS A. BERG, ESQ.
Nevada Bar No. 9760
marcus@mossberglv.com
BOYD B. MOSS, III, ESQ.
Nevada Bar No. 8856
boyd@mossberglv.com
MOSS BERG INJURY LAWYERS
5420 West Sahara Avenue, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 222-4555
Facsimile: (702) 222-4556
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BIANCA STEPHENS,<br><br>              Plaintiff,<br><br>v.<br><br>BODY BACK COMPANY, a Tennessee Corporation; AMAZON.COM SERVICES, LLC, a Foreign Limited-Liability Company; ROE MANUFACTURER; DOES I through X; and ROE CORPORATIONS II through X, inclusive,<br><br>              Defendants. | CASE NO. 2:26-cv-00744-EJY |

## STIPULATION AND (PROPOSED) ORDER TO AMEND SCHEDULING ORDER (FIRST REQUEST)

Pursuant to LR IA 6-1, the parties, by and through their respective counsel of record, hereby stipulate to request that this Court enter an order extending the deadlines in the current Scheduling Order [Doc 16}.

The parties bring this stipulation and request for an order extending pretrial deadlines to allow the parties to complete additional discovery necessary for expert disclosures and trial

1

preparation.  This is the parties' ~~second~~ first request for an extension of deadlines.  There is no trial date set in this matter.

Good cause exists to extend the pretrial deadlines. The parties have worked diligently to complete discovery.

## DISCOVERY COMPLETED TO DATE- LR 26-3(a)

1.    Plaintiff served her Initial FRCP 26(a) Disclosures on April 21, 2026.

2.    Plaintiff served her First Supplement to FRCP 26(a) Disclosures on June 4, 2026.

3.    Defendant Body Back Company served their Initial  FRCP 26(a) Disclosures on May 28, 2026.

4.    Defendant Amazon served their Initial  FRCP 26(a) Disclosures on May 28, 2026.

5.    Defendant Amazon served Interrogatories and Requests for Production of Documents on Plaintiff on April 7, 2026.

6.    Plaintiff served her responses to Defendants' discovery requests on June 4, 2026.

7.    Defendant Body Back Company performed an inspection of the equipment on June 2, 2026.

8.    A Rule 35 Examination is currently scheduled for Plaintiff on June 23, 2026.

9.    Plaintiff served Defendant Interrogatories and Requests for Production of Documents on June 18, 2026.

## DISCOVERY REMAINING – LR 26-3(b}

1.  Disclosure of Initial Expert Witnesses.

2.    Deposition of Plaintiff.

3.    Deposition of Defendant and Defendant 30(b)(6) witness.

4.    Depositions of Liability and Medical Experts.

5.    Depositions of treating physicians – as necessary.

6.    Additional fact witnesses depositions – as necessary.

## **GOOD CAUSE FOR EXTENSION – LR 26-3(c)**

Pursuant to LR IA 6-1 and LR 26-3, the parties respectfully submit that good cause exists to extend the deadlines for expert disclosures, discovery, dispositive motions, and the joint pretrial order. Plaintiff sustained significant injuries as a result of the incident at issue, including a stroke, and was hospitalized for nearly two weeks. Additionally, Plaintiff is still treating for her injuries. As a result, Plaintiff's medical treatment has generated extensive medical records consisting of thousands of pages that must be reviewed by the parties' experts before they can formulate their opinions and prepare expert reports. The parties have been diligently obtaining experts but because of the complexity of this matter, the volume of the medical records, additional time is necessary to allow the experts to conduct a thorough review and render complete and informed opinions. Accordingly, the requested extension will permit the parties to complete expert discovery and adequately prepare this matter for resolution on the merits.

As such, the parties are asking for an additional sixty (60) to prepare experts, complete expert discovery and meet the other deadlines set by the Court.

Accordingly, the parties request extending the remaining deadlines by 60 days, as outlined below:

### ~~PROPOSED~~ DISCOVERY DEADLINES - LR 26-3(d)

|  | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| **Initial Experts** | July 13, 2026 | **September 13, 2026** |
| **Rebuttal Experts** | August 12, 2026 | **October 12, 2026** |
| **Discovery Deadline** | September 9, 2026 | **November 9, 2026** |

| Dispositive Motions | October 9, 2026 | December 9, 2026 |
| Pre-Trial Order | November 9, 2026 | January 11, 2027 |

If this extension is granted, all remaining discovery mentioned above should be concluded within the stipulated extended deadline.

The parties agree that this request for extension of discovery deadlines is made by the parties in good faith and not for the purpose of delay.

RESPECTFULLY SUBMITTED BY THE FOLLOWING COUNSEL OF RECORD:

DATED this __18th__ day of June 2026.          DATED this_24th_ day of June 2026.


/s/ **Marcus Berg**                                          /s/ **Dylan Houston**

_____       _____

MARCUS A. BERG, ESQ.                          Elaine K. Fresch, Esq.
Nevada Bar No. 9760                               Eric O. Freeman, Esq.
marcus@mossberglv.com                          Dylan Houston, Esq.
BOYD B. MOSS, III, ESQ.                        HAWKINS PARNELL & YOUNG, LLP
Nevada Bar No. 8856                               3960 Howard Hughes Parkway, Suite 500
boyd@mossberglv.com                             
MOSS BERG INJURY LAWYERS              Las Vegas, Nevada 89169
5420 W. Sahara Avenue, Suite 101            efresch@hpylaw.com
Las Vegas, Nevada 89146                         efreeman@hpylaw.com
Telephone: (702) 222-4555                        dhouston@hpylaw.com
Facsimile: (702) 222-4556                         Attorneys for Defendants
_Attorneys for Plaintiff_                             Body Back Company
                                                                  Amazon Com Services


**IT IS SO ORDERED.**
**DATED:**  June 24, 2026

_____
**UNITED STATES MAGISTRATE JUDGE**